**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-2101

SHEILA H. KERSHAW,

Plaintiff - Appellant,

versus

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-02-131-1-T)

Submitted: March 24, 2003          Decided: April 29, 2003

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen L. Barden, III, BALL, BARDEN & BELL, P.A., Asheville, North Carolina, for Appellant. Robert J. Conrad, Jr., United States Attorney, Paul B. Taylor, Assistant United States Attorney, Lisa de Soto, General Counsel, Charlotte J. Hardnett, Associate General Counsel, Eileen A. Farmer, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sheila H. Kershaw appeals the district court's order dismissing her complaint with prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) based on the doctrine of res judicata.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Kershaw v. Commissioner, No. CA-02-131-1-T (W.D.N.C. Aug. 28, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED